

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Joseph James Craver, Appellant

No. 06-19-00101-CR      v.

The State of Texas, Appellee

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 16-0317X).  Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find no  error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Joseph James Craver, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED JANUARY 17, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk